No. 2014-1005

# In the
# United States Court of Appeals
# for the Federal Circuit

UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,
*Plaintiffs-Appellants,*

v.

eCLINICALWORKS, LLC, PULSE SYSTEMS, INC.,
*Defendants-Appellees.*

Appeal from the United States District Court
for the Central District of California in Nos. 2:13-cv-03244-MWF-PLA, 2:13-cv-03246-MWF-PLA, Judge Michael W. Fitzgerald

**<u>UNOPPOSED</u> MOTION FOR A 22-DAY EXTENSION OF TIME TO FILE THE BRIEF FOR DEFENDANT-APPELLEE PULSE SYSTEMS, INC.**

Pursuant to FED. R. APP. P. 27 and FED. CIR. R. 26(b), Defendant-Appellee Pulse Systems, Inc. ("Pulse") respectfully requests a 22-day extension of time for filing its opening brief in the above-captioned case. Counsel for Plaintiffs-Appellants have represented that their clients do <u>not</u> oppose this request.

1. The current deadline for Pulse to respond to Uniloc's brief is March 3, 2014. Pulse requests a 22-day extension from that date, which would create a new

deadline of March 25, 2014. No previous extensions for this filing have been sought or obtained.

2.  This extension is necessary because counsel for Pulse currently has competing obligations in other matters, including a March 3, 2014 hearing on a class action lawsuit in the matter of *All-American Painting v. Chiropractic and Sports Medicine of Creve Coeur*, in the Eastern District of Missouri, docket no.: 4:12-cv-00174. In addition, in the days following March 3, 2014, counsel for Pulse must file responsive answers and motions to multi-count oppositions in over ten applications pending before the United States Patent and Trademark Office Trial and Appeal Board.

3.  In light of these and other obligations, the importance of the issues presented in this case, and to avoid briefing of duplicative points in its co-defendant's brief, Pulse requests additional time in order to provide the Court with full and helpful briefing. This first (and unopposed) extension is not sought for delay, and no party will be prejudiced if it is granted. Further, Pulse previously consented to two similar requests by Appellants.

4.  Accordingly, Pulse respectfully requests that the Court extend the time for filing the opening brief until March 25, 2014.

Respectfully submitted this 18th day of February, 2014.

/s/ Don V. Kelly
Don V. Kelly
Evans & Dixon, LLC
One Metropolitan Square, Suite 2500
Saint Louis, MO 63102
(314)552-4066
(314)884-4466
dkelly@evans-dixon.com

No. 2014-1005

# In the
# United States Court of Appeals
# for the Federal Circuit

---

UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,
*Plaintiffs-Appellants,*

v.

ECLINICAL WORKS, LLC, PULSE SYSTEMS, INC.,
*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Central District of California in Nos. 2:13-cv-03244-MWF-PLA, 2:13-cv-03246-MWF-PLA, Judge Michael W. Fitzgerald

---

**CERTIFICATE OF INTEREST**

---

Counsel for Defendant-Appellee Pulse Systems, Inc., certifies the following:

1. *The full name of every party or amicus represented by me is*

    Pulse Systems, Inc.

2. *The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:*

    Not applicable

3. *All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:*

Pulse Systems, Inc. is a subsidiary of Cegedim Healthcare Software.

4.  *The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:*

Don V. Kelly, Benjamin M. Fletcher and Brian R. Shank of Evans & Dixon, LLC and Matthew Marshal and Derek A. Simpson of Morris, Polich & Purdy, LLP.

Respectfully submitted this 18th day of February, 2014.

/s/ Don V. Kelly
Don V. Kelly
Evans & Dixon, LLC
One Metropolitan Square, Suite 2500
Saint Louis, MO 63102
(314)552-4066
(314)884-4466
dkelly@evans-dixon.com

No. 2014-1005

# In the
# United States Court of Appeals
# for the Federal Circuit

---

UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,
*Plaintiffs-Appellants,*

v.

ECLINICALWORKS, LLC, PULSE SYSTEMS, INC.,
*Defendants-Appellees.*

Appeal from the United States District Court
for the Central District of California in Nos. 2:13-cv-03244-MWF-PLA, 2:13-cv-03246-MWF-PLA, Judge Michael W. Fitzgerald

---

### DECLARATION OF DON V. KELLY

---

I, Don V. Kelly, do hereby declare as follows:

1.      I am a partner in the law firm of Evans & Dixon, LLC, and a member in good standing of the bar of this Court.  Except as indicated otherwise, I make this declaration based on my own personal knowledge; if called as a witness, I could and would testify competently to these facts under oath.  I represent Defendant-Appellee Pulse Systems, Inc. in this matter, and I am authorized to make this declaration on my client's behalf.

2. Pulse's brief is currently due on March 3, 2014. No previous extensions for this filing have been sought or obtained.

3. Pulse respectfully seeks a 22-day extension, which would extend the current deadline to March 25, 2014. In accordance with FED. CIR. R. 26(b)(1), this motion is being filed at least seven days before the expiration of the pending deadline.

4. This extension is necessary because counsel for Pulse currently has competing obligations in other matters, including a March 3, 2014 hearing on a class action lawsuit in the matter of *All-American Painting v. Chiropractic and Sports Medicine of Creve Coeur*, in the Eastern District of Missouri, docket no.: 4:12-cv-00174. In addition, in the days following March 3, 2014, counsel for Pulse must file responsive answers and motions to multi-count oppositions in over ten applications pending before the United States Patent and Trademark Office Trial and Appeal Board. The extension requested would provide Pulse's counsel the necessary amount of time to finish, in a comprehensive and responsible way, the analysis and briefing for the important questions presented in this case.

5. Pulse's counsel has exercised and will continue to exercise diligence in this matter and anticipates completing and filing the brief within the period requested by this motion.

6. According to counsel for Uniloc, Uniloc does not oppose this request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of February, 2014.

            /s/ Don V. Kelly
            Don V. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the U.S. Court of Appeals for the Federal Circuit, using the appellate CM/ECF system.  I further certify that all parties in the case are represented by lead counsel who are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

This 18th day of February, 2014.

/s/ Don V. Kelly
Don V. Kelly
Evans & Dixon, LLC
One Metropolitan Square, Suite 2500
Saint Louis, MO 63102
(314)552-4066
(314)884-4466
dkelly@evans-dixon.com