NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,**
*Plaintiffs-Appellants,*

**v.**

**ECLINICAL WORKS, LLC, PULSE SYSTEMS, INC.,**
*Defendants-Appellees.*

———————————

2014-1005

———————————

Appeal from the United States District Court for the Central District of California in No. 2:13-cv-03246-MWF-PLA, Judge Michael W. Fitzgerald.

———————————

PER CURIAM.

## O R D E R

In order to sustain jurisdiction in this court, the parties must show a final judgment from which appeal is taken.  28 U.S.C. § 1295(a)(1). When a counterclaim of invalidity remains pending after a judgment of noninfringement, jurisdiction in this court is defeated.  See Nystrom v. TREX Co., 339 F.3d 1347, 1351 (Fed. Cir. 2003).

In this case, the district court granted summary judgment of noninfringement and denied as moot Defendants' Motion for Summary Judgment on Invalidity. The district court did not dismiss the Defendants' counterclaims of invalidity.

Plaintiffs on September 19, 2013, filed and served on Defendants a proposed Final Judgment. The proposed Final Judgment acknowledged that the district court's denial of Defendants' Motion for Summary Judgment on Invalidity "did not dispose of Defendants' counterclaims." To dispose finally of the counterclaims, the proposed judgment would dismiss the counterclaims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The district court has not acted on the proposed final judgment, and accordingly the Defendants' counterclaims of invalidity remain pending.

In the light of the foregoing, the parties are hereby ordered to show cause why this appeal should not be dismissed for want of jurisdiction. The responses ordered hereby shall be limited to 5 pages or less and be filed no later than the close of business Monday, September 29, 2014.

FOR THE COURT

September 25, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court